UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.           ) | M.B.D. NO. 05MBD10248 |
| ) | |
| MOISES RIBEIRO    ) | |

JOINT MOTION OF THE PARTIES TO EXCLUDE 30 DAYS

Defendant Moises Ribeiro ("Ribeiro") is currently charged by way of complaint in 05-MJ-00829-MBB with knowingly transferring an identification document, authentication feature, and false identification document knowing that such document and feature was stolen and produced without lawful authority, in violation of 18 U.S.C. § 1028(a)(2). Herein, the parties jointly move to exclude a period of time (30 days) from the time within which the government would otherwise have to obtain an indictment or file an information. In support thereof, undersigned counsel represent as follows:

1. The defendant first appeared before Magistrate Judge Bowler on May 11, 2005. The government moved for detention at the initial appearance. A detention hearing was held on May 20, 2005, after which Magistrate Judge Bowler detained the defendant.

2. Since June 15, 2005, the parties have been engaged in discussions in an attempt to resolve this criminal proceeding by agreement of the parties.

3. The parties agreed by e-mail on June 23, 2005, to exclude the period from June 15, 2005, to July 15, 2005, to allow

these discussions to continue.

4. The parties are hopeful that the requested 30 day exclusion will permit the parties to reach a plea agreement before the government is required or inclined to seek an indictment.

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 30 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: 

S. WAQAR HASIB
Spec. Assistant U.S. Attorney

June 24, 2005